In the Matter of MICHAEL J. BARRY, Respondent, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Appellants.— Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Shientag, JJ. [See 277 App. Div. 882.]

GABRIEL DEVELLE et al., Respondents, v. 1114–1116 FIRST AVENUE REALTY CORP., Defendant; SCHNURMACHER BROS., INC., Appellant-Respondent; D'AQUILA BROS. CONTRACTING CO., INC., Respondent, and L. & J. CONCRETE CORP., Appellant.—

No opinion. Present — Callahan, J. P., Van Voorhis, Shientag, Heffernan and Bergan, JJ.

NATHAN KERBER, Respondent, v. LOUIS KERBER, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

(May 15, 1952.)

In the Matter of the Arbitration between PRIMA PRODUCTS, INC., Appellant, and AQUELLA PRODUCTS, INC., Respondent.— Present — Peck, P. J., Dore, Cohn and Shientag, JJ. [See 280 App. Div. 109.]

(May 19, 1952.)

PING WEN TSOU et al. v. ZUI TU TSANG.—

Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See ante, p. 905.]

(May 20, 1952.)

CAPITOL PIECE DYE WORKS, INC., Appellant, v. KLEIN COAT CORP., Respondent.

*Per Curiam.* The complaint alleges that defendant agreed to sell and deliver to plaintiff 400 pieces of woolen fabric at $3 per yard.